506

HOFEMANN, Respondent, v. L. O. ANDERSON, Administrator
of Estate of James Murphy, Deceased, and the Hitch-
cock State Bank, a Corporation, Appellants.

(223 N. W. 719.)

(File No. 6316.  Opinion filed February 21, 1929.)

*Kelley & Luby* and *Null & Royhl,* all of Huron, for Appel-
lants.

*Bruell & Henderson,* of Redfield, for Respondent.

PER CURIAM.  The facts and questions of law involved
herein are fully set out in the opinions, this day filed, in case No.
6315, Fuller v. James Murphy Harms Supply Company, a Cor-
poration, et al, 223 N. W. 713, and case No. 6314, Fuller v.
Anderson, as Administrator of Estate of James Murphy, Deceased,
et al, 223 N. W. 717.  To those opinions reference is hereby made,
and, upon that authority, the judgment here appealed from is
affirmed.

PAYNE, Respondent, v. ANDERSON, et al, Appellants.

(223 N. W. 719.)

(File No. 6318.  Opinion filed February 21, 1929.)

*Kelley & Luby* and *Null & Royhl,* all of Huron, for Appel-
lants.

*Bruell & Henderson,* of Redfield, for Respondent.

PER CURIAM.  The facts and questions of law involved
herein are fully set out in the opinions, this day filed, in case No.
6315, Fuller v. James Murphy Harms Supply Company, a Cor-
poration, et al, 223 N. W. 713, and case No. 6314, Fuller v.
Anderson, as Administrator of Estate of James Murphy, Deceased,
et al, 223 N. W. 717.  To those opinions reference is hereby made,
and, upon that authority, the judgment here appealed from is
affirmed.